UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

KAS MARITIME SHIPPING LINES LTD.,

        Plaintiff,

- against -

YONG HE SHIPPING (HK) LTD., YONG HE
SHIPPING LINES INC., PROSPER SHIPPING
LIMITED, JIANGSU FAREAST INT'L
SHIPPING AGENCY, CENTRANS IMS CO. LTD.
TIASING FISHERY SINGAPORE PTE LTD., and
SHANGHAI COSFAR INT'L CO. LTD.
a/k/a COSFAR

        Defendants.
------------------------------------------------------------X

08 CV --
ECF CASE

## DISCLOSURE OF INTERESTED PARTIES
## PURSUANT TO FEDERAL RULE 7.1

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure to enable judges and magistrates of the court to evaluate possible disqualification or recusal, the undersigned attorney of record for the Plaintiff certifies that the following are corporate parents, subsidiaries, or affiliates of the Plaintiff:

        NONE.

Dated: January 15, 2008
      New York, NY

                        The Plaintiff,
                        KAS MARITIME SHIPPING LINES LTD.

                        By: _____
                        Claurisse Campanale-Orozco (CC 3581)
                        Thomas L. Tisdale (TT 5263)
                        TISDALE LAW OFFICES, LLC
                        11 West 42nd Street, Suite 900
                        New York, NY 10036
                        (212) 354-0025 – phone

(212) 869-0067 – fax
corozco@tisdale-law.com
ttisdale@tisdale-law.com