Koeltl, J.
Rm. 1030

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

KAS MARITIME SHIPPING LINES LTD.,

      Plaintiff,

- against -

YONG HE SHIPPING (HK) LTD., YONG HE
SHIPPING LINES INC., PROSPER SHIPPING
LIMITED, JIANGSU FAREAST INT'L
SHIPPING AGENCY, CENTRANS IMS CO. LTD.,
TIASING FISHERY SINGAPORE PTE LTD., and
SHANGHAI COSFAR INT'L CO. LTD.
a/k/a COSFAR

      Defendants.
------------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/17/08

08 CV 374
ECF CASE

## ORDER APPOINTING SPECIAL PROCESS
## SERVER PURSUANT TO F.R.C.P. RULE 4(C)

    Upon motion of the Plaintiff for an Order appointing Thomas L. Tisdale, Claurisse A. Campanale-Orozco, Lauren C. Davies or any other partner, associate, paralegal or other agent of TISDALE LAW OFFICES, LLC to serve the Verified Complaint, Process of Maritime Attachment and Garnishment, Interrogatories or other process in this action, and

    Upon reading the Affidavit of Claurisse Campanale-Orozco, sworn to January 15, 2008, and good cause having been shown,

    IT IS ORDERED that Thomas L. Tisdale, Claurisse A. Campanale-Orozco, Lauren C. Davies or any other partner, associate, paralegal or other agent of TISDALE LAW OFFICES, LLC be and is hereby appointed to serve the Verified Complaint, Process of Maritime Attachment and Garnishment, Interrogatories and other process, including any Amended Pleadings filed in this matter, upon Defendants herein and upon the garnishee(s) listed in the

Order, together with any other garnishee(s) who, based upon information developed subsequent hereto by Plaintiff, may hold assets for or on account of the Defendants; and,

IT IS FURTHER ORDERED that in order to avoid the need to repetitively serve the garnishee(s) / banking institutions continuously throughout the day, any cop of the Process of Maritime Attachment and Garnishment that is served on any of the garnishees herein is deemed effective and continuous throughout any given day.

Dated: 1/15/08

**SO ORDERED,**

_____,
United States District Judge