# TISDALE
## LAW OFFICES, LLC

11 WEST 42ND STREET, SUITE 900
NEW YORK, NY 10036
(212) 354-0025
FAX: (212) 869-0067

TL@TISDALE-LAW.COM

New York, NY · Southport, CT

10 SPRUCE STREET
SOUTHPORT, CT 06890
(203) 254-8474
FAX: (203) 254-1641

WWW.TISDALE-LAW.COM



USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/26/08

February 25, 2008

RECEIVED
FEB 25 2008
CHAMBERS OF
JUDGE JOHN G. KOELTL

By fax (212) 805-7912

The Honorable John G. Koeltl
United States District Judge
United States District Court
500 Pearl Street, Room 1030
New York, NY 10007

Re:  Kas Maritime Shipping Lines Ltd. v. Yong He Shipping (HK) Ltd., et. al.
     Docket Number: 08 Civ. 374

Dear Honorable Sir:

   Our office represents the Plaintiff in the above matter, which is an application for a Rule B Writ of Maritime Attachment and Garnishment. We recently presented a letter motion to Your Honor requesting permission to file a Second Amended Complaint in the above matter. While Your Honor granted that application, the Court did not sign the Rule B attachment order that was also submitted because the Plaintiff is fully secured. We write to respectfully request that Your Honor sign the Rule B attachment.

   While the Plaintiff is fully secured in the action, we have requested an Order authorizing the Writ of Maritime Attachment to be issued in conjunction with the Second Amended Complaint. We wish to re-serve the banks with the Writ pursuant to the Second Amended Complaint because we want the funds under attachment to be held pursuant to that pleading, and not the complaint that was initially filed.

   We will not recommence daily service on any of the banks within the District, but would only serve the banks that are currently holding funds in this matter with the new Writ so that the funds currently held would be held pursuant to the Second Amended Complaint. Therefore, we respectfully request that Your Honor issue the Rule B attachment that was submitted with the Second Amended Complaint.

Respectfully submitted,

Claurisse Campanale Orozco

*Counsel should provide the Court with any authority that it is necessary — or indeed proper — to sign a new Rule B attachment when the plaintiff is fully secured and the banks are holding the funds pursuant to the original Rule B Attachment. So Ordered.*

*2/25/08*

*JGK*
*USDJ*