```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/3/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KAS MARITIME,

                Plaintiff,        08 Civ. 0374 (JGK)

    - against -             ORDER

YONG HE SHIPPING,

                Defendant.

JOHN G. KOELTL, District Judge:

The plaintiff should report back to the Court by **August 1, 2008** on the status of this case.

SO ORDERED.

Dated:    New York, New York
          June 3, 2008

                                         John G. Koeltl
                                  United States District Judge