**LAW OFFICES OF RAHUL WANCHOO**
Attorneys for Plaintiff
Empire State Building
350 Fifth Avenue, 59th Floor
New York, New York 10118
Phone: (646) 593-8866
Fax:    (212) 618-0213
E-mail: rwanchoo@wanchoolaw.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| KAS MARITIME SHIPPING LINES LTD., <br><br> Plaintiff, <br><br> -against- <br><br> YONG HE SHIPPING (HK) LTD., YONG HE SHIPPING LINES INC., PROSPER SHIPPING LIMITED, JIANGSU FAREAST INT'L SHIPPING AGENCY, CENTRANS IMS CO. LTD. TIASING FISHERY SINGAPORE PTE LTD., and SHANGHAI COSFAR INT'L CO. LTD. a/k/a/COSFAR <br><br> Defendants | ECF CASE <br><br> 08 Civ. 00374 (JGK) <br><br> **NOTICE OF RESTRICTED APPEARANCE PURSUANT TO SUPPLEMENTAL RULE E(8)** |

---

Taising Fishery Singapore Pte Ltd. ("Taising"), by and through undersigned counsel, Law Offices of Rahul Wanchoo, hereby enters a restricted appearance in this matter pursuant to Supplemental Rule E(8) of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure for the sole purpose of seeking an Order dismissing the Verified Complaint and vacating the Ex Parte Order for Process of Maritime Attachment and Garnishment against defendant, Taising.

Dated: New York, New York
       July 24, 2008

**LAW OFFICES OF RAHUL WANCHOO**
Attorneys for Defendant,
 Taising Fishery Singapore Pte Ltd.

By: *Rahul Wanchoo*
    Rahul Wanchoo (RW-8725)