```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/1/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
KAS MARITIME SHIPPING LINES LTD.,

        Plaintiff,

- against -

YONG HE SHIPPING (HK) LTD., YONG HE
SHIPPING LINES INC., PROSPER SHIPPING
LIMITED, JIANGSU FAREAST INT'L
SHIPPING AGENCY, CENTRANS IMS CO. LTD.;
TIASING FISHERY SINGAPORE PTE LTD., and
SHANGHAI COSFAR INT'L CO. LTD.
a/k/a COSFAR

        Defendants.
-----------------------------------------------------------X

08 CV 00374 (JGK)
ECF CASE

## STIPULATION OF DISCONTINUANCE

IT IS HEREBY STIPULATED AND AGREED between the parties, by their undersigned attorneys, that:

1. Upon endorsement of this Stipulated Order, this court's Ex Parte Order of maritime attachment and garnishment is hereby vacated against Taising Fishery Singapore Pte Ltd ("Tiasing"),

2. Upon endorsement of this Stipulated Order, any and all garnishees holding property belonging to the Defendant Tiasing shall immediately release from attachment property belonging to the Defendant Tiasing restrained pursuant to this court's Ex Parte Order for maritime attachment and garnishment dated January 15, 2008, and

3. That this action is hereby dismissed without prejudice and without costs to any party.

Dated: August 1, 2008
New York, NY

By: /s/ Claurisse Campanale-Orozco

The Plaintiff,
KAS MARITIME SHIPPING LINES LTD.,

Claurisse Campanale-Orozco (CC 3581)
Thomas L. Tisdale (TT 5263)
TISDALE LAW OFFICES, LLC
11 West 42nd Street, Suite 900
New York, NY 10036
(212) 354-0025 – phone
(212) 869-0067 – fax
ldavies@tisdale-law.com
ttisdale@tisdale-law.com

The Defendant,
TAISING FISHERY SINGAPORE PTE. LTD.

By: /s/ Rahul Wanchoo

Rahul Wanchoo
Law Offices of Rahul Wanchoo
350 Fifth Avenue, 59th Floor
New York, New York 10118
Phone: (646) 593-8866
Fax:    (212) 618-0213
rwanchoo@wanchoolaw.com

SO ORDERED:

/s/ John G. Koeltl
Honorable John G. Koeltl, U.S.D.J.

8/1/08

-2-