UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

KAS MARITIME SHIPPING LINES LTD.,

        Plaintiff,

-against-

YONG HE SHIPPING (HK) LTD., et al

        Defendants.
------------------------------------------------------------X

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/1/08
```

08 CV 00374 (JGK)
ECF CASE

## ORDER OF VOLUNTARY DISMISSAL

Please take notice, there having been no appearance from Defendants Yong He Shipping (HK) Ltd., Yong He Shipping Lines, Inc., Prosper Shipping Limited, Jiangsu Farest Int'l Shipping Agency, Centrans IMS Co. Ltd., Shanghai Cosfar Int'l Co. Ltd. a/k/a Cosfar, that the above-captioned matter be and hereby is voluntarily dismissed without prejudice and without costs to any party pursuant to Federal Rule of Civil Procedure 41(a). The attachment is hereby vacated and the garnishees are directed to release any funds that they may have secured.

Dated: August 1, 2008
New York, NY

THE PLAINTIFF,
KAS MARITIME SHIPPING LINES LTD.,

By: _____
Claurisse Campanale-Orozco (CC3581)
TISDALE LAW OFFICES, LLC
11 West 42nd Street, Suite 900
New York, NY 10036
Tel. (212) 354-0025 / Fax (212) 869-0067
corzco@tisdale-law.com

SO ORDERED.

8/1/08   _____
      U.S.D.J.